**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEUNG CHAN SOHN and HEE-KYONG SOHN,<br><br>　　　　　　　　　　Plaintiffs,<br><br>-against-<br><br>ATRIA SENIOR LIVING GROUP, INC., ATRIA NORWOOD, ATRIA SENIOR LIVING IN NORWOOD, INC.,<br><br>　　　　　　　　　　Defendants. | CIVIL CASE NO: 20-cv-1019<br><br>**ORDER OF TRANFER**<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: July 1, 2020 |

MARY KAY VYSKOCIL, District Judge:

　　WHEREAS, pursuant to 28 U.S.C. § 1404(a), all parties consent to transfer this matter to the United States District Court of New Jersey (Newark) and stipulate venue is proper in the United States District Court of New Jersey (Newark), it is hereby

　　**ORDERED** that this case is transferred to the United States District Court of New Jersey (Newark). The Clerk of the Court is directed to close this matter and transfer the case to the District Court of New Jersey (Newark).

Dated: July 1, 2020
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　*Mary Kay Vyskocil*
　　　　　　　　　　　　　　　　　　　　　　HON. MARY KAY VYSKOCIL
　　　　　　　　　　　　　　　　　　　　　　United States District Judge